IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| C. MORROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00721-DGK |
| ) | |
| GUITAR CENTER STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment is granted. (Doc. 24)


March 15, 2023                      Paige Wymore-Wynn
Dated                             Clerk of Court

March 17, 2023                      /s/ Tracy Strodtman
Entered                           (by) Deputy Clerk